To: Abel Acosta (Clerk Tx. Court of Criminal Appeals)
     P.O. Box 12308
     Capitol Station
     Austin, Tx. 78711

77,171-03 ①
RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 09 2015
Abel Acosta, Clerk

From: DeMaria Woods Sr. # 1597516
     Telford Unit
     3899 State Hwy 98
     New Boston, Tx. 75570

DECEMBER 30, 2014

Re: "Requesting Status Pertaining (Bill Of Review) Filed"

Dear Clerk:

On, (November 10, 2014) Appellant filed a "Bill of Review" with this Court that has Jurisdiction... of; this Proceeding under Article 4.04 of the (Tx. Code Of Crim Proc). As, of to date there has been No response back from the Court Nor Any..... Notification; that Appellant (Bill Of Review) had been Received let alone filed. Appellant, Is wanting to Know the Status of his Paperwork and Asking can he Please..... be; Notified As to what's going on within a Reasonable time of Conveinence. That, way he'll Know In what Route to go Regarding further legal litigation In his..... Pursuit; of the Relief he's seeking I would Greatly Appreciate It.

Sincerely,
DeMaria Woods.

CC: